IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| **JERI NICHOLSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | **3:15-cv-146** |
| **SHIRLEY HOME AWAY FROM HOME PERSONAL CARE HOME, INC. and SHIRLEY WILSON** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT MOTION TO APPROVE A
FAIR LABOR STANDARDS ACT SETTLEMENT**

Plaintiff, Jeri Nicholson, and Defendants, Shirley Home Away From Home Personal Care, Inc. and Shirley Wilson, by and through their undersigned counsel, file this Joint Motion to Approve A Fair Labor Standards Act Settlement Agreement.

**I.  Plaintiff's Claims, Procedural History, and Settlement Agreement**

Plaintiff brought this suit seeking unpaid minimum wages and overtime pay under the FLSA.  (Compl. [Doc. No. 1].)   Defendant, Shirley Home Away From Home Personal Care, Inc., operates a residential personal care service for clients suffering from severe mental and physical impairments. The individual Defendant,

Shirley Wilson, is the majority shareholder and general manager of the corporate defendant.

Plaintiff worked as a caregiver for Defendants from approximately December 2014 until March 2015.  The Parties dispute the number of hours that Plaintiff worked, and Defendants contend that Plaintiff may be exempt from the FLSA under, *inter alia*, the companionship exemption.  *See* 29 U.S.C. § 213(15).  Nevertheless, the Parties agree that the Settlement Agreement reached is fair and reasonable in light of the dispute and the risk and cost of additional litigation.  An executed copy of the Settlement Agreement is attached hereto as Exhibit A.

## A. Plaintiff's Total Calculation of Damages.

Ms. Nicholson calculates that, based upon alleged unpaid minimum wages and overtime, that she is entitled to $2,094.75 in unpaid wages and an equal amount of liquidated damages.  However, Defendants dispute that Plaintiff is owed this amount as Defendants claim that Plaintiff is exempt as described above and that Plaintiff has overstated her hours worked and not accounted for meal breaks for each shift worked and for appropriate deductions for sleep hours during her twenty-four (24) hours shifts that she worked.

## B. Plaintiff's Compromise of Claims and Defendant's Alleged Offset.

The Parties acknowledge that this case has the potential to have several material disputes of fact and questions of law and that this case has relatively low

damages. Given the disputes that exists and the cost and time of engaging in discovery and the potential for a costly jury trial, Plaintiff has agreed to compromise her claims for the total amount of $6,000.00. Of that amount, Plaintiff will receive $3,000.00 ($1,500.00 in back wages and $1,500.00 in liquidated damages), and the Plaintiff's counsel will receive $3,000.00 in attorneys' fees and costs. The Parties agree that this compromise is a reasonable settlement in light of the risks to both Parties and the cost and time of continued litigation.

## II.   Legal Argument

An employee's FLSA claims may be compromised only after the Court reviews and scrutinizes the settlement for fairness. *Lynn's Food Stores, Inc.*, 679 F.2d 1352 (11th Cir. 1982). The Parties respectfully submit that the enclosed settlement agreement is fair and reasonable taking into account the number of hours that Plaintiff alleges that she worked, the defenses asserted, and the risk and costs to both Parties of a jury trial. Therefore, the Parties jointly request that the Court approve the settlement reached and attached as Exhibit A. To assist the Court, the Parties have submitted a proposed order granting the requested relief as Exhibit B.

Respectfully submitted, this 2nd day of November, 2015.

                                           s/Logan Winkles
                                           Logan B. Winkles
                                           Georgia Bar Number 136906
                                           Cannon, Mihill & Winkles, LLC
                                           101 Marietta Street, NW
                                           Suite 3120
                                           Atlanta, GA 30303
                                           T : (404) 891-6700
                                           F : (404) 891-6702
                                           lwinkles@cmw-law.com
                                           Attorney for Defendants

                                           s/C. Ryan Morgan
                                           C. Ryan Morgan
                                           Georgia Bar Number: 71884
                                           Morgan & Morgan, P.A.
                                           20 N. Orange Ave., 14th Floor
                                           P.O. Box 4979
                                           Orlando, Florida 32802-4979
                                           Telephone: (407) 420-1414
                                           Facsimile: (407) 245-3401
                                           RMorgan@forthepeople.com
                                           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed JOINT MOTION TO APPROVE FAIR LABOR STANDARDS ACT SETTLEMENT AGREEMENT with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

C. Ryan Morgan
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
P.O. Box 4979

This 2nd day of November, 2015.

                                                                       s/Logan B. Winkles
                                                                       Logan B. Winkles
                                                                       Georgia Bar Number: 136906